IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AL STEVENSON FLETCHER, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 16-00200-WS-N |
| CYNTHIA STEWART, et al, | : |
| Defendant. | : |

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that this action be and is hereby DISMISSED without prejudice.

DONE this 11th day of October, 2016.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE